WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, OR 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
   Attorney for Plaintiff

FILED'06 APR 25 13:48USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**VERONICA ABREGO**,                               CV 04-1000-MO

   Plaintiff,

vs.                                                ORDER

**COMMISSIONER of Social Security**,

   Defendant.

---

A supplemental award of attorney fees in the amount of $1,550.00 is hereby granted to Plaintiff's attorney, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The check shall be sent to Tim Wilborn's address, above.

DATED this 25th day of April, 2006.

_____
United States District Judge

Submitted by:
/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
   Attorney for Plaintiff

ORDER - Page 1